IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 10-0004-01-CR-W-SOW |
| | ) | |
| THOMAS S. GINN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court are the Report and Recommendation of United States Magistrate John T. Maughmer regarding defendant's Motion to Suppress Seized Evidence (Doc. #19) and defendant Ginn's Objections. The Court finds that the Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. Furthermore, the Court agrees with the recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Seized Evidence (Doc. #19) is denied.

 /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: September 10, 2010